UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80509-CIV-CANNON/Reinhart

**HOWARD COHAN**,

    Plaintiff,

v.

**SUBCULTURE COFFEE PGA, INC.**,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Bruce E. Reinhart on Plaintiff's Motion for Attorneys' Fees and Costs (the "Report") [ECF No. 46]. The Report recommends that the Court grant in part Plaintiff's motion [ECF No. 44] and award Plaintiff a fee and cost award totaling $10,186.25 [ECF No. 46]. Defendant failed to respond to the Motion within the time permitted by law. Further, no party has filed objections to the Report, and the time to do so has expired.[1]

Fully advised in the premises, the Court finds no error in the Report, clear or otherwise. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 46] is **ACCEPTED**.

2. Plaintiff's Motion for Attorneys' Fees and Costs [ECF No. 44] is **GRANTED IN PART** for the reasons stated in the Report.

---

[1] Plaintiff filed a Notice indicating that he does not intend to file objections to the Report [ECF No. 47].

3. Plaintiff is awarded attorneys' fees and costs in the amount of **$10,186.25** [ECF No. 46].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of August 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record